**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

BRUCE E. KATZ, MD PC

                                 **Plaintiff,**

           **-against-**

FUSION PHARMACY, LLC, et al.,

                                **Defendants.**
--------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/23/2020

**20-CV-2907 (LAK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This case was referred to my docket for general pretrial supervision on July 2, 2020. According to the docket, service was executed upon each defendant on June 5, 2020, and defendants' answers were due June 26, 2020. To date, neither defendant has appeared. Plaintiff is therefore ORDERED to move for default or otherwise inform the Court how it intends to proceed with the prosecution of this case by no later than Friday, July 31, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 23, 2020
              New York, New York