UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE E. KATZ, M.D., P.C. d/b/a Juva Skin and Laser Center, a New York professional corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) |
| Plaintiff, | ) Civil Action No: 1:20-cv-02907 ) ) |
| v. | ) ) |
| FUSION PHARMACY, LLC, a Utah limited liability company, and FUSION SPECIALTY PHARMACY, INC., a Utah corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, BRUCE E. KATZ, M.D., P.C. d/b/a Juva Skin and Laser Center, through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

BRUCE E. KATZ, M.D., P.C. d/b/a Juva
Skin and Laser Center

By: s/ Ryan M. Kelly
    Ryan M. Kelly

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically filed the notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly